IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JONATHAN GOFF, <br> DARYL S. HARDEN AND <br> NORMAN O. FARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> MORTON SALT, INC. AND <br> R. L. RAY, LTD., <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 6:13-CV-544 LED |

# ORDER OF DISMISSAL
# WITHOUT PREJUDICE

Came on to be considered the Stipulation for Dismissal of Plaintiffs, Jonathan Goff, Daryl S. Harden, and Norman O. Farris, Defendant, Morton Salt, Inc., and Defendant, R. L. Ray, Ltd., per the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), wherein they seek dismissal of the suit without prejudice.  The Court, being of the opinion that such Stipulation of Dismissal should be granted, does hereby DISMISS, WITHOUT PREJUDICE, the suit filed herein by Plaintiffs, Jonathan Goff, Daryl S. Harden, and Norman O. Farris, against Defendant, Morton Salt, Inc., and Defendant, R. L. Ray, Ltd., without prejudice, and with each party bearing his or its own costs of court incurred.

**So ORDERED and SIGNED this 11th day of December, 2013.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**